IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ABLE HOME HEALTH, LLC, | ) | |
| on behalf of plaintiff and | ) | |
| the class members defined herein, | ) | |
| | ) | |
| Plaintiff, | ) | 15 C 1953 |
| | ) | |
| v. | ) | Judge Darrah |
| | ) | Magistrate Judge Martin |
| HOME CARE DOCTORS OF | ) | |
| ILLINOIS, INC., | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed R. Civ. Proc. 41(a), hereby stipulate to the dismissal of Plaintiff Able Home Health, LLC's individual claims against Defendant Home Care Doctors of Illinois, Inc. with prejudice and without costs. Plaintiff Able Home Health, LLC's putative class claims against Defendant Home Care Doctors of Illinois, Inc. are dismissed without prejudice and without costs. Plaintiff Able Home Health, LLC's claims against John Does 1-10 are dismissed without prejudice and without costs.

Respectfully submitted,

| | |
|---|---|
| s/ Heather Kolbus | s/ Ronald A. Almiron |
| Daniel A. Edelman | Michael J. Raiz |
| Heather Kolbus | Ronald A. Almiron |
| EDELMAN, COMBS, LATTURNER | RAIZ LAW GROUP LLC |
|    & GOODWIN, LLC | 1260 Iroquois Avenue, Suite 104 |
| 20 South Clark Street, Suite 1500 | Naperville, Illinois 60563 |
| Chicago, Illinois 60603 | |
| | |
| (312) 739-4200 | (630) 995-9220 |
| *Counsel for Plaintiff Able Home Health, LLC* | *Counsel for Defendant Home Care Doctors of Illinois, Inc.* |

1

## **CERTIFICATE OF SERVICE**

      I, Heather Kolbus, certify that on December 28, 2015, I caused a true and accurate copy of the foregoing document to be filed with the Court's CM/ECF system, which will cause notification of such filing to be served on the following:

    Michael J. Raiz (mraiz@raizlawgroup.com)
    Ronald A. Almiron (ralmiron@raizlawgroup.com)
    RAIZ LAW GROUP LLC
    1260 Iroquois Ave., Ste. 104
    Naperville, IL 60563

                                               s/ Heather Kolbus
                                               Heather Kolbus


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)